IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| VROOM, INC., | § | |
| | § | Case No. 24-90571 (CML) |
| Debtor.[1] | § | |
| | § | |

### CERTIFICATE OF SERVICE

I, Rigoberto Lopez, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On December 31, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **First Supplemental Declaration of David A. Hammerman of Latham & Watkins LLP as Special Corporate Counsel for Debtor-in-Possession** [Docket No. 92]

- **Certificate of No Objection with Respect to Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Special Corporate Counsel Effective as of the Petition Date** [Docket No. 93]

- **Order Authorizing the Employment and Retention of Latham & Watkins LLP as Special Corporate Counsel Effective as of the Petition Date** [Docket No. 95]

Dated: January 3, 2025

/s/ Rigoberto Lopez
Rigoberto Lopez
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification numbers, is Vroom, Inc. (2566). The Debtor's address is 3600 West Sam Houston Pkwy S, Floor 4, Houston, Texas 77042.

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Counsel to Alief Independent School District and City of Houston | Alief Independent School District and City of Houston | c/o Melissa E. Valdez | mvaldez@pbfcm.com |
| Top 20 Creditor | Arif Hudda | c/o Brian E. Farnan | bfarnan@farnanlaw.com |
| Counsel to State of Texas Through the Consumer Protection Division of he Office of theTexas Attorney General | Assistant Attorneys General | Office of the Attorney General of Texas | sahrish.soleja@oag.texas.gov; sean.flynn@oag.texas.gov |
| Top 20 Creditor | Atobrhan Godlu | c/o Ryan Ernst | rernst@bk-legal.com |
| Top 20 Creditor | Atobrhan Godlu | c/o Thomas McKenna | tjmckenna@gme-law.com |
| Consenting Equity Interest Holder | Bank of America Securities, Inc. | Kevin Mulholland, Jennifer Tallmadge | kevin2.mulholland@bofa.com; jennifer.tallmadge@bofa.com |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Harris County | Harris County Attorney's Office | Susan Fuertes, Assistant County Attorney | taxbankruptcy.cao@harriscountytx.gov |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 20 Creditor | Health Advocate Solutions | Attn John Wolfrum, Executive Vice President, Sales | jwolfrum@healthadvocate.com |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Top 20 Creditor | Julie Rainey, Brady McDonough and Vladimir Yunayev | c/o Gregory M. Nespole | gnespole@zlk.com |
| Top 20 Creditor | Julie Rainey, Brady McDonough and Vladimir Yunayev | c/o Justin A. Kuehn | jkuehn@moorekuehn.com |
| Top 20 Creditor | Kaelin Daye | c/o Chris McDaniel | cmcdaniel@hortmanharlow.com |
| Consenting Equity Interest Holder | L Catterton Management Limited | Michael Farello, Elizabeth Freechack | Michael.Farello@lcatterton.com; Elizabeth.Freechack@lcatterton.com |
| Top 20 Creditor | Lizbeth & Toshi Cole | c/o Jason Scott Feltoon | liz@feltoon.law |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel to the Prepetition Agent / Mudrick Capital Management, L.P. | McGuireWoods LLP | Cassandra Sepanik Shoemaker | cshoemaker@mcguirewoods.com |
| Counsel to the Prepetition Agent / Mudrick Capital Management, L.P. | McGuireWoods LLP | Demetra Liggins, Andrew R. Parrish, Kent W. Walker Jr. | dliggins@mcguirewoods.com; AParrish@mcguirewoods.com; kentwalker@mcguirewoods.com |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Consenting Equity Interest Holder | Mudrick Capital Management, L.P. | Matthew Pietroforte, Jason Mudrick | mpietroforte@mudrickcapital.com; JMudrick@mudrickcapital.com |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Top 20 Creditor | Rhondda Cynon Taf Pension Fund | c/o Michael Toomey | mtoomey@barrack.com |
| Top 20 Creditor | Rick & Carmen Dangerfield | c/o Shawn Wilson | shawn@shawnwilsonlaw.com |
| Top 20 Creditor | Sean & Erica Haygood |  | Email on File |
| Top 20 Creditor | Sean Mallet | c/o Adam J. Rosenfeld | ajrosenfeld@smslegal.com |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | dfw@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Top 20 Creditor | Sidekick Technology, LLC | c/o Erik Halverson | Erik.Halverson@klgates.com |
| Top 20 Creditor | Sidekick Technology, LLC | c/o Loly Tor | loly.tor@klgates.com |
| Consenting Equity Interest Holder | Silverback Asset Management, LLC | Joe Ciampi, Laura Kleber | jciampi@silverbackasset.com; lkleber@silverbackasset.com |
| Top 20 Creditor | Solium/Shareworks | Solium Capital LLC | atworkrm@morganstanley.com |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov; Robert.robinson@oag.texas.gov |
| Top 20 Creditor | Texas Office of the Attorney General | Attn Consumer Protection Division | james.holian@oag.texas.gov; Robert.robinson@oag.texas.gov |
| Top 20 Creditor | Thomson Reuters | West Publishing Corporation | Sohil.Sheth@thomsonreuters.com |
| Counsel for the Indenture Trustee for the Unsecured Notes | Troutman Pepper | Adam F. Jachimowski, Patrick Ryan | Adam.Jachimowski@troutman.com; Patrick.Ryan@troutman.com |
| Indenture Trustee for the Unsecured Notes | U.S. Bank National Association | Corporate Trust | barbara.nastro@usbank.com; hazrat.haniff@usbank.com; shannon.matthews@usbank.com |
| Top 20 Creditor | Unum | Unum Life Insurance Company of America | mmangerino@unum.com |
| SDTX - United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | Civil Process Clerk for the U.S. Attorney's Office | usatxs.atty@usdoj.gov |
| Top 20 Creditor | US Bank National Association | Corporate Trust | barbara.nastro@usbank.com; hazrat.haniff@usbank.com; shannon.matthews@usbank.com |
| SDTX - Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Vianey Garza, Jana Whitworth | vianey.garza@usdoj.gov; jana.whitworth@usdoj.gov; USTPRegion07.HU.ECF@USDOJ.GOV |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Counsel to the Consenting Noteholders / Mudrick Capital Management, L.P. | Wachtell Lipton Rosen & Katz | Joshua A. Feltman, Angela K. Herring, Taylor G. Custer | JAFeltman@wlrk.com; AKHerring@wlrk.com; TGCuster@wlrk.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Top 20 Creditor | Workday, Inc. | Attn: Laura Boyett | laura.boyett@workday.com |

# Exhibit B

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Christopher-Taylor Kubrick-Sotelo | c/o Jarrett Faber | Kneupper & Covey | 11720 Amber Park Drive, Suite 160 | PMG 1271 | Alpharetta | GA | 30009 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Top 20 Creditor | Mace Macro | Attn David Craig | 1350 Broadway, Suite 408 | | | New York | NY | 10018 |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 |
| Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | | PO Box 13528, Capitol Station | | | Austin | TX | 78711-3528 |